COM.

v.

MARTIN, T.

1855 WDA 2015

Superior Court of Pennsylvania.

03/31/2017

CP–02–CR–0012366–2013 (Allegheny)

Vacated/Remanded

■

COM.

v.

ST. VINCENT, J.

2012 WDA 2015

Superior Court of Pennsylvania.

03/31/2017

CP–02–CR–0009578–2012
(Allegheny)

Affirmed

■

COM.

v.

STEVENS, L.

1208 WDA 2016

Superior Court of Pennsylvania.

03/31/2017

CP–02–CR–0017063–2014
(Allegheny)

Affirmed